UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>DAVID CAMBURN,<br><br>　　　　Defendant. | Hon.　:　Wendell A. Miles<br>Case　:　5:06-cv-00124-WAM |

JASON R. GOURLEY (P69065)
MATTHEW E. KRICHBAUM (P52491)
SOBLE ROWE KRICHBAUM, LLP
Attorneys for Plaintiffs
221 North Main Street, Suite 200
Ann Arbor, Michigan 48104
(734) 996 5600

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1.　Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00).

2. Defendant shall pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Rebel Yell," on album "Rebel Yell," by artist "Billy Idol" (SR# 52-131);
- "Sex and Candy," on album "Marcy Playground," by artist "Marcy Playground" (SR# 240-954);
- "Barbie Girl," on album "Aquarium," by artist "Aqua" (SR# 243-903);
- "Blue Eyes," on album "Jump Up," by artist "Elton John" (SR# 35-166);
- "Voodoo," on album "Godsmack," by artist "Godsmack" (SR# 241-879);
- "All Apologies," on album "In Utero," by artist "Nirvana" (SR# 172-276);
- "Come As You Are," on album "Nevermind," by artist "Nirvana" (SR# 135-335);
- "Gone Country," on album "Who I Am," by artist "Alan Jackson" (SR# 202-090);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has

3

downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: October 27, 2006          By: /s/ Wendell A. Miles
                                     Hon. Wendell A. Miles
                                     United States District Judge

3